**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 7398 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Nolan |
| CHICAGOLAND THERAPY | ) | |
| ASSOCIATES, LTD., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC

voluntarily dismisses its individual claims without prejudice and without costs against defendant

Chicagoland Therapy Associates, Ltd., as defendant has not yet filed an answer or a motion for

summary judgment.   Plaintiff Able Home Health, LLC voluntarily dismisses its class claims

without prejudice and without costs against defendant Chicagoland Therapy Associates, Ltd.

Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10

without prejudice and without costs.


s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor

1

Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on October 2, 2012, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

Chicagoland Therapy Associates, Ltd.
c/o Susan Gaines, Registered Agent
P.O. Box 8475
Aspen, CO 81612


 s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)